■ In the Matter ·of DANIEL CAMACHO, Appellant, v ROY F. BOMBARD, as Superintendent of the Green Haven Correctional Facility, et al., Respondents.—In a proceeding pursuant to CPLR article 78 to compel the New York State Board of Parole to state the reasons for its decision in fixing

petitioner's minimum sentence, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated May 24, 1976, which denied the application. Judgment affirmed, without costs or disbursements. The determination of Special Term was proper. Martuscello, Acting P. J., Latham, Cohalan, Damiani and Hawkins, JJ., concur.